

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-14-00766-CV

Style:      Keith Porter v. Patricia Porter

Date motion filed[*]:      November 12, 2014

Type of motion:      Motion for Extension of Time to File Records & Pay Fees

Party filing motion:      Appellant

Document to be filed:      Evidence of Indigence or Payment of Reporter's Record & Filing Fees

Is appeal accelerated?      No

If motion to extend time:

    Original due date:      10/6/14 (Filing Fee) & 10/13/14 (Reporter's Record)

    Number of extensions granted:      0  Current Dates:  11/6/14 (Filing) & 11/13/14 (R.R.)

    Date Requested:      45-Day Extension

Ordered that motions are:

    ☑ Granted in part; if document is to be filed, document due: December 29, 2014.

        ☑    No further extensions of time will be granted.

    ☐    Denied

    ☑ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

    ☑ Other: _____

    Appellant's motion for an extension of time to file the clerk's record is dismissed as moot because it was filed on October 31, 2014, and his request to file the reporter's record is dismissed as the reporter is responsible for filing it. *See* TEX. R. APP. P. 35.3(b). To the extent appellant seeks an extension to file evidence of indigence or payment of the reporter's record and filing fees, his motion is granted because his counsel claims her medical issues delayed the trial court's indigence contest hearing, but no further extensions will be granted. Thus, if appellant fails to file evidence of indigence or the filing fee by December 29, 2014, the Court may dismiss this appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                    ☒ Acting individually      ☐ Acting for the Court

Date: November 18, 2014

November 7, 2008 Revision